1  JAMES R. OLSON, ESQ.
   Nevada Bar No. 000116
2  THOMAS D. DILLARD, JR., ESQ.
   Nevada Bar No. 006270
3  OLSON, CANNON, GORMLEY
   ANGULO & STOBERSKI
4  9950 West Cheyenne Avenue
   Las Vegas, Nevada 89129
5  jolson@ocgas.com
   tdillard@ocgas.com
6  Telephone: (702) 384-4012
   Facsimile: (702) 383-0701
7
   Attorneys for Defendants
8  NOBU HOSPITALITY GROUP, LLC

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  WILLIAM MCKNIGHT, individually,
    ELLA MCKNIGHT, individually,            CASE NO. 2:16-cv-2643
12
                               Plaintiff,
13
14            v.

    NOBU HOSPITALITY GROUP LLC., a
15  Foreign Corporation, DOES I - X; and
    ROE CORPORATIONS I - X, inclusive,
16
                               Defendants.
17

18           **PETITION FOR REMOVAL OF CIVIL ACTION**

19       COME NOW, Petitioner, NOBU HOSPITALITY GROUP, LLC, by and through their

20  counsel of record, JAMES R. OLSON, ESQ. and THOMAS D. DILLARD, JR., ESQ., of the law

21  firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI and hereby submit and

22  respectfully show:

23       1.  NOBU HOSPITALITY GROUP, LLC is a Defendant in the above entitled action.

24       2.  The above entitled action was commenced by Plaintiffs WILLIAM MCKNIGHT and

25  ELLA MCKNIGHT on June 2, 2016 in the Eighth Judicial District Court for the State of Nevada,

26  in and for the County of Clark, and is now pending in that court.  Copies of the Complaint,

27  Summons and Petition for Exemption from Arbitration pertaining to NOBU HOSPITALITY

28

*Law Offices of*
**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

GROUP, LLC are attached hereto as Exhibits "A", "B" and "C", respectively.  Process was served upon Petitioner through a process server on or about September 16, 2016.  The Plaintiffs filed a Petition for Exemption from Arbitration on October 28, 2016, this is the "first paper" received by Petitioner from which removability may be ascertained.

3.    This Petition is filed timely pursuant to 28 U.S.C. §1446(2)(C)(3).

4.    This action is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), and is one which may be removed to this Court by Petitioner, pursuant to 28 U.S.C. § 1441(a).

5. Petitioner is informed, believes and thereon alleges, that Plaintiffs WILLIAM MCKNIGHT and ELLA MCKNIGHT, as individuals, are and were at the time this action commenced, citizens of the State of Nevada.

6. Petitioner NOBU HOSPITALITY GROUP, LLC is, and was at the time this action commenced, a Delaware Corporation, with their headquarters in New York, New York, therefore a corporation of the State of New York.

7.    The above-entitled action is for personal damages Plaintiffs allegedly incurred from a slip and fall incident inside a hotel room in the Nobu tower inside Caesars Palace Hotel and Casino in Las Vegas, Nevada.

7.    A copy of Petitioner's Petition for Removal of Civil Action, seeking removal of this action to the United States District Court, District of Nevada, together with copies of the Complaint, Summons and Petition for Exemption from Arbitration have been deposited with the Deputy Clerk in the County Clerk's Office for the Eighth Judicial District Court in and for Clark County, Nevada.

8.    Copies of all pleadings and papers served upon Petitioner in the above entitled action are filed herewith.

9.    This Petition for Removal is filed with the Court within thirty (30) days after Petitioner's receipt of the Petition for Exemption, the "first paper" from which the amount in controversy may be ascertained in this action. *See* 28 U.S.C. §1446(2)(C)(3). Plaintiff WILLIAM MCKNIGHT seeks compensatory and punitive damages for "a traumatic brain injury and severe

*Law Offices of*
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

1   permanent injuries". (Ex. "C" pg. 2 lines 14-15).

2      In this case, Plaintiffs' cumulative claims for damages meet the requisite amount in

3 controversy, including a claim that the medical specials in the case for Mr. McKnight now total

4 $77,122.42.  In light of Plaintiffs' claims for negligence and requests for past and future damages,

5 the case has a value in excess of the diversity jurisdictional amount.

6      10.     These cumulative claims for damages therefore meet the requisite amount in

7 controversy under 28 U.S.C. § 1441(b).

8      WHEREFORE, Petitioner prays that the above entitled action be removed from the Eighth

9 Judicial District Court in and for Clark County, Nevada, to this Court.

10      DATED this _16_ day of November, 2016.

11

12                  OLSON, CANNON, GORMLEY
                 ANGULO & STOBERSKI

13

14                  By_____

15                  JAMES R. OLSON, ESQ.
                 Nevada Bar No. 000116

16                  THOMAS D. DILLARD, JR., ESQ.
                 Nevada Bar No.  006270

17                  9950 West Cheyenne Avenue
                 Las Vegas, Nevada  89129

18                  Attorneys for Defendant
                 **NOBU HOSPITALITY GROUP, LLC**

19

20

21

22

23

24

25

26

27

28

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
Law Offices of
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012     Telecopier (702) 383-0701

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the _____16_____ day of November, 2016, I served the above

**PETITION FOR REMOVAL OF CIVIL ACTION** through the CM/ECF system of the United

States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage

pre-paid), upon the following:

Anthony M. Paglia, Esq.
Dean M. Tanenbaum, Esq.
Anthony Paglia Injury Lawyer
255 East Warm Springs Road, #100A
Las Vegas, NV 89119
P: 702-830-7070
F: 702-522-0504
apaglia@anthonypaglia.com

Yianna C. Reizakis, Esq.
LEGAL ANGEL
330 E. Warm Springs Rd.
Las Vegas, Nevada 89119
P: 702-315-4287
F: 702-778-3480
mail@legalangel.com

Attorneys for Plaintiffs

_____
An employee of OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

*Law Offices of*
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Telecopier (702) 383-0701

EXHIBIT A

COMP
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
Dean M. Tanenbaum, Esq.
Nevada Bar No. 13263
ANTHONY PAGLIA INJURY LAWYER LTD
255 E. Warm Springs Road Suite 100A
Las Vegas, Nevada 89119
Telephone: (702) 830-7070
Facsimile: (702) 522-0504
E-mail: apaglia@anthonypaglia.com
*Attorney for Plaintiffs*
WILLIAM McKNIGHT and
ELLA McKNIGHT

Electronically Filed
06/02/2016 01:12:17 PM

CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| WILLIAM MCKNIGHT, individually, ELLA MCKNIGHT, individually. <br><br> Plaintiffs, <br><br> vs. <br><br> NOBU HOSPITALITY GROUP LLC., a Foreign Corporation a Foreign Corporation; DOES I - X; and ROE CORPORATIONS I - X, inclusive, <br><br> Defendants. | CASE NO. A-16-737786-C <br> DEPT. NO. XXVI <br><br> **COMPLAINT** |

Plaintiffs, WILLIAM MCKNIGHT and ELLA MCKNIGHT by and through their attorney of record herein Anthony Paglia Esquire of the law firm of Anthony Paglia Injury Lawyer LTD complain and allege against Defendant NOBU HOSPITALITY GROUP LLC ("Defendants") as follows:

**JURISDICTION**

1.     At all relevant times herein, Defendants were and are doing business in Clark County, Nevada.

2.     The actions complained of herein took place in Clark County, Nevada.

-1-

3.   The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiffs at this time, who therefore sues said Defendants by such fictitious names.  When the true names and capacities of these Defendants are ascertained, Plaintiffs will amend this Complaint accordingly.

4.   At all times pertinent herein, Defendants were agents, servants, employees or joint venturers of every other Defendant, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

5.   All Defendants are jointly and severally liable.

<h2 style="text-align:center">BACKGROUND INFORMATION</h2>

6.   Plaintiffs incorporate the foregoing paragraphs of the Complaint as though said paragraphs were fully set forth herein.

7.   On or about August 29, 2014, William McKnight and Ella McKnight were hotel guests at Nobu Hotel at Caesars Palace located at 3570 Las Vegas Boulevard South, Las Vegas Nevada 89109, Room 8116.

8.   William McKnight slipped and fell inside his hotel bathroom.

9.   William McKnight struck his head and suffered traumatic brain injury.

10.   Ella McKnight discovered her husband William McKnight lying unconscious on the floor of the bathroom.

///

///

- 2 -

## FIRST CAUSE OF ACTION
### (Negligence)

11.   Plaintiffs incorporate the foregoing paragraphs of the Complaint as though said paragraphs were fully set forth herein.

12.   Defendants owed Plaintiffs a duty of care.

13.   Defendants breached that duty of care.

14.   Manager Adam Calig visited the bathroom on August 31, 2014, and opined that moisture on bathroom floor might be due to a structural defect.

15.   As a direct and proximate result of the negligence of Defendants, Plaintiffs have been damaged in an amount in excess of $10,000.00.

## SECOND CAUSE OF ACTION
### (Negligent Hiring, Training, Retention, and Supervision)

16.   Plaintiffs incorporate the foregoing paragraphs of the Complaint as though said paragraphs were fully set forth herein.

17.   Defendants had a duty of reasonable care to protect Plaintiffs from negligent and/or careless actions of its own agents, officers, employees, and others.

18.   Defendants had a duty not to franchise or hire individuals with the propensity toward committing unlawful and/or harmful acts against Plaintiffs.

19.   Defendants had a duty to adequately train and supervise its employees in regard to all correct policies, procedures, and lawful activities within the workplace.

///

///

///

- 3 -

20.   Defendants breached these duties and damaged Plaintiffs by failing to supervise, train, hire, and appoint appropriate personnel, which resulted in emotional distress and bodily injury to Plaintiffs.

21.   As a direct and proximate cause of Defendants' conduct described herein above Plaintiffs were damaged in an amount in excess of $10,000.00.

22.   Plaintiffs, as a result of Defendants' negligent hiring, training, retention, and supervision, retained an attorney in the State of Nevada to prosecute its claims for relief herein and, as such, is entitled to its reasonable attorney's fees and costs associated with prosecution of the same.

23.   Defendants acted willfully and maliciously, and with oppression, fraud, or malice, and as a result of Defendant's negligent hiring, training, retention, and supervision, Plaintiffs are entitled to an award of exemplary or punitive damages.

### THIRD CAUSE OF ACTION
#### (Respondent Superior)

24.   Plaintiffs incorporate the foregoing paragraphs of the Complaint as if those paragraphs were fully incorporated herein.

25.   Defendant Doe I-X was acting within the course and scope of employment while working at the business.

26.   Defendants are therefore liable for the negligent actions of Doe I-X.

27.   Plaintiffs were injured as a proximate consequence of Doe I-X's actions.

28.   As a direct and proximate cause of Doe I-X's negligence, Plaintiffs have been damaged in an amount in excess of $10,000.00.

///

- 4 -

29.     Plaintiffs, as a result of Doe I-X's actions as set forth herein, retained an attorney in the State of Nevada to prosecute its claims for relief herein and, as such, is entitled to its reasonable attorney's fees and costs associated with prosecution of the same.

### FOURTH CAUSE OF ACTION
(Loss of Consortium)

30.     Plaintiffs incorporate the foregoing paragraphs of the Complaint as though said paragraphs were fully set forth herein.

31.     Plaintiffs William and Ella McKnight are married.  They have been married over forty-five years, which includes the date of the subject incident August 29, 2016.

32.     That as a result of the wrongful and negligent acts of the Defendants, and each of them, the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

33.     That all the aforesaid injuries and damages were caused solely and proximately by the negligence of the Defendants.

WHEREFORE, Plaintiffs pray for a judgment against all Defendants, and each of them, as follows:

1.     For general and compensatory damages against Defendants individually, jointly and severally in an amount in excess of $10,000.00;

2.     For general damages in an amount in excess of $10,000.00;

3.     For special damages in an amount in excess of $10,000.00;

4.     For punitive damages in an amount in excess of $10,000.00;

- 5 -

5.  For attorney's fees and costs;

6.  For interest at the statutory rate; and

7.  For such other relief as the Court deems just and proper.

ANTHONY PAGLIA INJURY LAWYER

By: _____
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
Dean M. Tanenbaum, Esq.
Nevada Bar No. 13263
ANTHONY PAGLIA INJURY LAWYER LTD
255 E. Warm Springs Road Suite 100A
Las Vegas, NV 89119
*Attorneys for Plaintiffs*
WILLIAM McKNIGHT and
ELLA McKNIGHT

- 6 -

EXHIBIT B

Electronically Filed
10/04/2016 09:50:35 AM

*[signature]*

CLERK OF THE COURT

1

**SUMM**

2 | Anthony M. Paglia, Esq.
Nevada Bar No. 11234

3 | Dean M. Tanenbaum, Esq.
Nevada Bar No. 13263

4 | ANTHONY PAGLIA INJURY LAWYER LTD
255 E. Warm Springs Road Suite 100A

5 | Las Vegas, Nevada 89119
Telephone: (702) 830-7070

6 | Facsimile: (702) 522-0504
E-mail: apaglia@anthonypaglia.com

7 | *Attorney for Plaintiffs*
WILLIAM McKNIGHT and

8 | ELLA McKNIGHT

Electronically Filed
06/08/2016 01:04:13 PM

*[signature]*

CLERK OF THE COURT

9 | DISTRICT COURT

10 | CLARK COUNTY, NEVADA

11

12 | WILLIAM MCKNIGHT, individually,
ELLA MCKNIGHT, individually.

CASE NO. A-16-737786-C

13 | DEPT. NO. XXVI

Plaintiffs,

14 | vs.

**SUMMONS**

15

16 | NOBU HOSPITALITY GROUP LLC., a
Foreign Corporation a Foreign Corporation;

17 | DOES I - X;
and ROE CORPORATIONS I - X, inclusive,

18

19 | Defendants.

20

21 | **NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU**

22 | **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.  READ**

23 | **THE INFORMATION BELOW.**

24 | TO THE DEFENDANT: Nobu Hospitality Group, llc,

25 | A civil Complaint has been filed by the plaintiff against you for relief set forth in the

26 | Complaint.

1.    If you intend to defend this lawsuit, within 20 days after this Summons is served

27 | on you exclusive of the day of service, you must do the following:

28 | a. File with the Clerk of this Court, whose address is shown below, a formal written
response to the Complaint in accordance with the rules of the Court.

1

b. Serve a copy of your response upon the attorney whose name and address is shown below.

2.      Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at direction of:

ANTHONY PAGLIA INJURY LAWYER LTD          Steven D. Grierson, CLERK OF COURT

JUN 0 7 2016

By: _____

Anthony M. Paglia, Esq.
Nevada Bar No. 11234                    DEPUTY CLERK                    DATE
255 E. Warm Springs Suite 100          Regional Justice Center
Las Vegas, Nevada 89119                200 Lewis Avenue
*Attorney for Plaintiffs*              Las Vegas, NV 89155
WILLIAM MCKNIGHT and                   JANEL WASHINGTON
ELLA MCKNIGHT

2

# Affidavit of Process Server

### District Court, Clark County Nevada
(NAME OF COURT)

| William McKinght, Ella McKnight | vs | NOBU Hospitality Group LLC | A-16-737786-C |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, __Jason V. Kuczeriawenko__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served __NOBU Hospitality Group LLC__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons and Complaint__

by leaving with __Michael Miller-McCreanor__    Registered Agent's Authorized employee  At
NAME                           RELATIONSHIP

☐ Residence _____
ADDRESS                          CITY / STATE

☒ Business __2140 Dupont Hwy.,__    __Camden, DE 19934__
ADDRESS                          CITY / STATE

On __09/16/2016__ AT __3:06 pm__
DATE                      TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY         STATE         ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☒ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☒ Other __Registered Agent no longer exist, State Division of Revenue has no forwarding information__

Service Attempts: Service was attempted on: (1)_____  (2)_____
DATE      TIME              DATE      TIME

(3)_____ (4)_____ (5)_____
DATE     TIME         DATE      TIME          DATE      TIME

Description:. Age __28__ Sex __m__ Race __w__ Height __5'9"__ Weight __205 lbs__ Hair __Brown__ Beard __yes__ Glasses __yes__

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __16th__ day of __September__, 20 _16_, by __Jason V. Kuczeriawenko__.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

**MARK C. TRIMBLE**
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2018

NOTARY PUBLIC for the state of __Delaware__

EXHIBIT C

ELECTRONICALLY SERVED
10/28/2016 03:44:19 PM

1  REQT
   Yianna C. Reizakis
2  Nevada Bar No. 9896
   LEGAL ANGEL
3  330 E Warm Springs Road
   Las Vegas, Nevada 89119
4  Telephone: (702) 315-4287
5  Facsimile: (702) 778-3480
   Email: mail@legalangel.com
6  And
   Anthony M. Paglia, Esq.
7  Nevada Bar No.: 11234
8  ANTHONY PAGLIA INJURY LAWYER
   255 E Warm Springs Road, Suite 100A
9  Las Vegas, NV 89119
   Tel: (702) 830-7070
10 Fax: (702) 522-0504
   Email: apaglia@anthonypaglia.com
11 Counsel for Plaintiffs
   WILLIAM and ELLA McKNIGHT
12

13

14                          DISTRICT COURT

15                     CLARK COUNTY, NEVADA

16

17

18 WILLIAM McKNIGHT, individually; ELLA       CASE NO. A-16-737786-C
   McKNIGHT, individuallly,                   DEPT NO. XXVI
19
20      Plaintiffs,

21 v.

22 NOBU HOSPITALITY GROUP LLC, a Foreign
   Corporation; DOES I through X; and ROE
23 CORPORATIONS I through X, inclusive,

24      Defendants.

25          REQUEST FOR EXEMPTION FROM ARBITRATION

26      Plaintiffs WILLIAM and ELLA McKNIGHT (hereinafter collectively "Plaintiffs"), by and

27 through counsel, YIANNA C. REIZAKIS, of LEGAL ANGEL, hereby request that the above entitled

28

PL0811162 -- McKnight, McKnight

matter be exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case:

1. _____ presents a significant issue of public policy;

2. __X__ involves an amount in excess of $50,000 per Plaintiff, exclusive of interest and costs;

3. _____ presents unusual circumstances which constitute good cause for removal from the program.

This is an action for personal injuries and loss of consortium related to those injuries, both resulting from an incident which occurred on or about August 29, 2014, at Nobu Hotel at Caesars Palace located at 3570 Las Vegas Boulevard South, Las Vegas Nevada 89109, room 8116. Specifically, Plaintiff William McKnight slipped and fell striking his head and knocking him unconscious. Plaintiffs allege Defendant is responsible for the incident as Defendant is responsible for creating the circumstances causing the fall.

Plaintiff William McKnight claims he suffered a traumatic brain injury and severe and permanent injuries as diagnosed by his healthcare providers all related to the subject incident.  To date, Plaintiff, William McKnight has incurred the following medical expenses related to the subject incident:

| HEALTHCARE PROVIDER | TOTAL |
|---|---|
| 1. Desert Springs Hospital | $58,560.93 |
| 2. Shoaib Neurological Services | $2,350.00 |
| 3. Ireland Army Community Hospital | $1,072.91 |
| 4. MedicWest Ambulance | $1,019.34 |
| 5. Desert Radiologists | $1,347.08 |
| 6. Shadow Emergency Physicians | $2,231.00 |
| 7. Heart Center of Nevada | $1,690.00 |
| 8. Euwn Lung Specialists | $3,623.00 |
| 9. Reamcare | $3,848.48 |

| HEALTH CARE PROVIDER | TOTAL | |
|---|---|---|
| 10. Quest Diagnostics | $215.58 | |
| 11. Rosenstein, M.D. | $430.00 | |
| 12. Las Vegas | $570.00 | |
| 13. Advanced H | $70.00 | |
| 14. Hardin Pro | $95.00 | |
| TOTAL PAST MEDICAL DAMAGES | $77,122.42 | |
| 15. Future Medical Care | TBD | |
| TOTAL | Will exceed $100,000 with future medical care and pain and suffering | |

Plaintiff William McKnight's past medical damages alone exceed $70,000. Thus, when future medical costs and pain and suffering are added to this amount, Plaintiffs' case undoubtedly involves an amount in excess of $50,000. Accordingly, and pursuant to NAR 5, an exemption is requested.

I hereby certify pursuant to N.R.C.P. 11 this case to be within the exemption(s) marked above and am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

I further certify pursuant to NRS Chapter 239B and NRS 603A.040 that this document and any attachments thereto do not contain personal information including, without limitation, home address/phone number, social security number, driver's license number or identification card number,

account number, PIN numbers, credit card number or debit card number, in combination with any required security code, access code or password that would permit access to the person's financial account.

Dated this 28th day of October, 2016.

By    /s/ Yianna C. Reizakis
Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
330 E Warm Springs Road
Las Vegas, Nevada 89119
Telephone: (702) 315-4287
Facsimile: (702) 778-3480
Email: mail@legalangel.com
And
Anthony M. Paglia, Esq.
Nevada Bar No.: 11234
ANTHONY PAGLIA INJURY LAWYER
255 E Warm Springs Road, Suite 100A
Las Vegas, NV 89119
Tel: (702) 830-7070
Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

1

## CERTIFICATE OF SERVICE

2   I certify that on the 28th day of October, 2016, I served a true and correct copy of this

3   document in the above-captioned case in the following manner(s):

4   _____X___ by U.S. mail, pursuant to NRCP 5(b)(2)(B), with first-class postage prepaid and

5   addressed as follows:

6

7   James R. Olson, Esq.                          Anthony M. Paglia, Esq.
    Thomas D. Dillard, Jr., Esq.                  ANTHONY PAGLIA INJURY LAWYER

8   OLSON, CANNON, et al.                         255 E Warm Springs Road, Suite 100A
    9950 West Cheyenne Ave.                       Las Vegas, NV 89119

9   Las Vegas, NV 89129                           Attorney for Plaintiffs
    Attorneys for Defendant                       WILLIAM McKNIGHT

10  NOBU HOSPITALITY GROUP, LLC                   ELLA McKNIGHT

11

12

13  _____X___ by e-service, pursuant to NEFCR 9(c), EDCR 7.26(a)(4) and EJDC AO 9-12 and

14  AO 14-2, to the following email addresses, which is/are the email addresses registered with

15  the electronic filing system:

16  calendar@anthonypaglia.com

17  aracely@legalangel.com
    mail@legalangel.com

18  yreizakis@live.com
    mburgener@ocgas.com

19  tdillard@ocgas.com

20  charlie@ocgas.com
    wflore@ocgas.com

21

22  By _____

23          Employee of LEGAL ANGEL

24

25

26

27

28

2