Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
330 E Warm Springs Road
Las Vegas, Nevada 89119
Tel: (702) 315-4287; Fax: (702) 315-4224
Email: mail@legalangel.com
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
255 E Warm Springs Road, Suite 100A
Las Vegas, NV 89119
Tel: (702) 830-7070; Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM McKNIGHT, individually; ELLA McKNIGHT, individuallly,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NOBU HOSPITALITY GROUP LLC, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-2643-APG-PAL<br><br>**Stipulation and Order to Extend Time to Respond to/ Oppose Document 17, Motion for Magistrate Judge to Reconsider Magistrate Judge's Order re Order 16 Granting Motion to Extend Time (First Request)** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs' Time to Respond to/ Oppose Document 17, Motion for Magistrate Judge to Reconsider Magistrate Judge's Order re Order 16 Granting Motion to Extend Time, be Extended to **July 14, 2017**.

This extension is requested for good cause. Specifically, Plaintiffs' counsel will be in trial on another matter in the District Court for the State of Nevada from June 26, 2017 until at least June 30,

2017 and requests this additional time so that her time does not have to be split between trial preparations/trial and responding/opposing Defendant's Motion.

DATED this 23rd day of June, 2017.     DATED this 23rd day of June, 2017.

By  /s/ Thomas D. Dillard                By  /s/ Yianna C. Reizakis
James R. Olson, Esq.                     Yianna C. Reizakis
Nevada Bar No. 000116                    Nevada Bar No. 9896
Thomas D. Dillard, Jr., Esq.             LEGAL ANGEL
Nevada Bar No. 006270                    330 E Warm Springs Road
OLSON, CANNON, et. al.                   Las Vegas, Nevada 89119
9950 West Cheyenne Ave.                  Tel: (702) 315-4287; Fax: (702) 315-4224
Las Vegas, NV 89129                      Email: mail@legalangel.com
Tel: (702) 384-4012; Fax: (702) 383-0701 And
Email: jolson@ocgas.com;                 Anthony M. Paglia, Esq.
tdillard@ocgas.com                       Nevada Bar No. 11234
Attorneys for Defendant                  ANTHONY PAGLIA INJURY LAWYER
NOBU HOSPITALITY GROUP, LLC              255 E Warm Springs Road, Suite 100A
                                         Las Vegas, NV 89119
                                         Tel: (702) 830-7070; Fax: (702) 522-0504
                                         Email: apaglia@anthonypaglia.com
                                         Counsel for Plaintiffs
                                         WILLIAM and ELLA McKNIGHT

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 13, 2017.