Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
330 E Warm Springs Road
Las Vegas, Nevada 89119
Tel: (702) 315-4287; Fax: (702) 315-4224
Email: mail@legalangel.com
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
255 E Warm Springs Road, Suite 100A
Las Vegas, NV 89119
Tel: (702) 830-7070; Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM McKNIGHT, individually; ELLA McKNIGHT, individuallly, <br><br> Plaintiffs, <br><br> v. <br><br> NOBU HOSPITALITY GROUP LLC, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO. 2:16-cv-2643-APG-PAL <br><br> **Stipulation and Order to Extend Time to Reply to Opposition to Motion for Settlement Conference** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs' deadline to Reply to Defendant's Opposition to Plaintiffs' Motion for Settlement Conference, be Extended to **September 21, 2017**.

. . .

. . .

. . .

This extension is requested for good cause. Specifically, Plaintiffs' counsel is waiting on Defense counsel to respond to a request to waive confidentiality on documents that Plaintiffs' counsel needs to attach as exhibits to the Reply filed in this matter.

DATED this 13th day of September 2017.

By /s/ Thomas D. Dillard, Jr.
James R. Olson, Esq.
Nevada Bar No. 000116
Thomas D. Dillard, Jr., Esq.
Nevada Bar No. 006270
OLSON, CANNON, et. al.
9950 West Cheyenne Ave.
Las Vegas, NV 89129
Tel: (702) 384-4012; Fax: (702) 383-0701
Email: jolson@ocgas.com;
tdillard@ocgas.com
Attorneys for Defendant
NOBU HOSPITALITY GROUP, LLC

DATED this 13th day of September 2017.

By /s/ Yianna C. Reizakis
Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
330 E Warm Springs Road
Las Vegas, Nevada 89119
Tel: (702) 315-4287; Fax: (702) 315-4224
Email: mail@legalangel.com
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
255 E Warm Springs Road, Suite 100A
Las Vegas, NV 89119
Tel: (702) 830-7070; Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

## ORDER

IT IS SO ORDERED. The deadline for Plaintiffs' Reply shall be extended to **September 21, 2017**.

UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2017