UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM McKNIGHT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NOBU HOSPITALITY GROUP, LLC,<br><br>    Defendant. | Case No. 2:16-cv-02643-APG-PAL<br><br>**ORDER**<br><br>(Mot. Ext. Time – ECF No. 35;<br>Mot. Compel – ECF No. 39) |

This matter is before the court on Plaintiffs' Motion to Extend Time re: Discovery Deadlines (ECF No. 35) and Motion to Compel Discovery (ECF No. 39). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

On November 9, 2017, the court held a hearing on Plaintiffs' Motions. Present was Yianna Reizakis for Plaintiffs and James Olson and Thomas Dillard for Defendant. The court has considered the Motions, Defendant's Responses (ECF Nos. 37, 40), Plaintiffs' Replies (ECF Nos. 38, 45), and the arguments of counsel at the hearing. Both sides agree that further discovery should be stayed until the district judge decides defendant's pending motion to reconsider which addresses whether plaintiffs should be permitted to amend their complaint to name the owner/operator of the hotel room where the incident giving rise to the complaint occurred, as the outcome may be dispostive of plaintiffs' lawsuit.

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Motion to Extend Time re: Discovery Deadlines (ECF No. 35) and Motion to Compel Discovery (ECF No. 39) are **DENIED without prejudice**.

2. Discovery in this case is **STAYED** pending decision on the Objections or Motion to Reconsider under submission to the district judge (ECF No. 17).

3. The parties shall file a joint status report within 14 days of the district judge of decision on the Objection (ECF No. 16) indicating their respecting positions on any unresolved discovery disputes and proposed plan for completing discovery and preparing the case for dispositive motions and trial.

Dated this 14th day of November, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE