# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM McKNIGHT, individually, ELLA McKNIGHT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>NOBU HOSPITALITY GROUP, LLC, a Foreign Corporation, et al.,<br><br>Defendants. | Case No. 2:16-cv-2643-APG-PAL<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER**<br><br>(ECF No. 17) |

Magistrate Judge Leen entered an Order revising the discovery plan and allowing the plaintiffs to substitute the proper party defendant. ECF No. 16. Defendant Nobu objected to the portion of the Order allowing the plaintiffs to substitute the defendant. ECF No. 17. Nobu contends that Judge Leen was factually incorrect in finding that Nobu's counsel had agreed to allow substitution of Caesar's Palace in place of Nobu. *Id.* at 8-9. The plaintiffs' response to the objection demonstrates that Nobu's counsel repeatedly expressed willingness to allow the substitution. ECF Nos. 20-1 at 2, 4; 20-5 at 2, 4. Even if no formal agreement about substitution was reached, at a minimum plaintiffs' counsel was led to believe that Nobu would not oppose substitution of Caesar's Palace into the case.

Having reviewed the objection, Judge Leen's Order, and the underlying papers, I find that Judge Leen's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore, Magistrate Judge Leen's Order **(ECF No. 16) is affirmed** in its entirety, and Nobu's Objection **(ECF No. 17) is overruled**. The parties shall file a status report with Magistrate Judge Leen as required in her November 14, 2017 Order. ECF No. 47.

DATED this 5th day of December, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE