JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MAX E. CORRICK, II
Nevada Bar No. 006609
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
jolson@ocgas.com
szinna@ocgas.com
702-384-4012
702-383-0701 fax

Attorneys for Defendant
NOBU HOSPITALITY GROUP, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MCKNIGHT, individually, ELLA MCKNIGHT, individually, <br><br> Plaintiffs, <br><br> v. <br><br> NOBU HOSPITALITY GROUP LLC., a Foreign Corporation, DOES I - X; and ROE CORPORATIONS I - X, inclusive, <br><br> Defendants. | CASE NO. 2:16-cv-2643-APG-PAL <br><br> **MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT NOBU HOSPITALITY GROUP, LLC** |

COMES NOW, OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, and hereby moves this Court for an order permitting it to withdraw as counsel of record for Defendant, NOBU HOSPITALITY GROUP, INC., as set forth in the Memorandum of Points and Authorities below.

///

## I. DECLARATION OF COUNSEL

Stephanie Zinna, being first duly sworn, and says:

1. That your Declarant is duly licensed to practice law in the State of Nevada, and in that capacity is an associate with the law firm of Olson, Cannon, Gormley, Angulo & Stoberski.

2. On January 29, 2018, a Notice of Appearance was filed by Carol P. Michel with Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC on behalf of Defendant Nobu Hospitality Group, LLC.

3. On May 7, 2018, Ms. Michel filed a Motion to Substitute Attorney on behalf of Defendant Desert Palace, Inc.

4. On May 14, 2018, an order was entered granting the Motion to Substitute Attorney on behalf of Defendant Desert Palace, Inc.

5. Declarant now seeks to withdraw as counsel of record for Defendant Nobu Hospitality.

6. A copy of this motion was sent to the representative for Nobu Hospitality Group, LLC, Kenji Tatsugi, Esq., Holland & Knight LLP, 400 South Hope Street, 8th Floor, Los Angeles, CA 90071.

7. A copy of this motion was sent to all counsel.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of Nevada and that this Declaration was executed this 5th day of June, 2018.



STEPHANIE ZINNA

## II. MEMORANDUM OF POINTS AND AUTHORITIES

LR IA 11-6(b) states: "No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel. LR IA 11-6(e) further states that:

> Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate delivery to the assigned district judge, bankruptcy judge, or magistrate judge.

In this case, there will be no delay of discovery, the trial, or any hearing in the case. The Plaintiffs have just recently obtained relief from the bankruptcy injunction against Desert Palace, and additional discovery will be conducted pursuant to a Scheduling Order entered May 22, 2018. Close of discovery is August 30, 2018. A trial date has not been set.

Carol Michel, Esq., with Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC was retained to represent Desert Palace, Inc. and the parties agreed to substitute in that firm as counsel of record. Docket #75 and 76. It is the intention that Ms. Michel will also represent Nobu Hospitality Group, pursuant to her Notice of Appearance. Docket #58. This request will not cause any delay.

///
///
///
///
///
///
///

## CONCLUSION

Therefore, in accordance with the foregoing rules, Olson, Cannon, Gormley, Angulo & Stoberski requests that the Court enter an order granting its request to withdraw as counsel of record in this matter.

DATED this _5_ day of June, 2018.

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

_____
JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MAX E. CORRICK, II
Nevada Bar No. 006609
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendants
NOBU HOSPITALITY GROUP, LLC

**IT IS SO ORDERED** this 6th day of June, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5 day of June, 2018, I sent via e-mail a true and correct copy of the above and foregoing **MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT NOBU HOSPITALITY GROUP, LLC** on the Clark County E-File Electronic Service List (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

Yianna C. Reizakis, Esq.
LEGAL ANGEL
330 E. Warm Springs Rd.
Las Vegas, Nevada 89119
P: 702-315-4287
F: 702-778-3480
mail@legalangel.com
and
Anthony M. Paglia, Esq.
Dean M. Tanenbaum, Esq.
Anthony Paglia Injury Lawyer
375 East Warm Springs Road, #104
Las Vegas, NV 89119
P: 702-830-7070
F: 702-522-0504
apaglia@anthonypaglia.com
Attorneys for Plaintiffs

Carol P. Michel, Esq.
*cmichel@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorney for Defendants*

Kenji Tatsugi, Esq.
Kenji.tatsugi@hklaw.com
HOLLAND & KNIGHT LLP
400 SOUTH HOPE STREET, 8TH FLOOR
LOS ANGELES, CA 90071
*ATTORNEY FOR DEFENDANTS*

_____
An Employee of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI