Carol P. Michel, Esq.
Nevada Bar No. 11420
*cmichel@wwhgd.com*
Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
*jalberts@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MCKNIGHT, individually; and ELLA MCKNIGHT, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>NOBU HOSPITALITY GROUP LLC, a Foreign Corporation; DESERT PALACE, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-2643-APG-PAL<br><br>**MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** |

Pursuant to LR IA 11-6, former counsel Carol P. Michel, Esq. and Jeremy R. Alberts, Esq. of the law firm of Weinberg Wheeler Hudgins Gunn & Dial, LLC, respectfully move this Court for an Order to remove them from the CM/ECF service list and any mailing list on the above referenced matter.

Ms. Michel and Mr. Alberts are no longer counsel of record, pursuant to the Order [Doc. 95] concerning the Substitution of Attorneys for Defendants Nobu Hospitality Group, LLC and Desert Palace, Inc., wherein Janice M. Michaels and Christina M. Mamer of Wood, Smith, Henning & Berman LLP, have been substituted as counsel of record.

A courtesy copy of this Motion per LR IA 11-6 is being simultaneously e-mailed to the clients and our office has otherwise informed the clients of notice of this motion.

By this motion, former counsel seeks an Order that Carol P. Michel, Esq. and Jeremy R. Alberts, Esq.'s names be removed as counsel of record for Defendants and that their email addresses be removed from the CM/ECF notification list on this matter.

DATED this 13 day of August, 2018.

                                             Carol P. Michel, Esq.
                                             Jeremy R. Alberts, Esq.
                                             WEINBERG, WHEELER, HUDGINS,
                                                GUNN & DIAL, LLC
                                             6385 S. Rainbow Blvd., Suite 400
                                             Las Vegas, NV  89118

**IT IS SO ORDERED** this 17th day of August, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August, 2018, I served a true and correct copy of the foregoing **MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Yianna C. Reizakis, Esq.
LEGAL ANGEL
376 E Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
(702) 846-1316
(702) 846-1364 FAX
mail@legalangel.com
*Attorneys for Plaintiffs*

Anthony M. Paglia, Esq.
ANTHONY PAGLIA INJURY LAWYER
375 E Warm Springs Road, Suite 104
Las Vegas, NV 89119
(702) 830-7070
(702) 522-0504 FAX
apaglia@anthonypaglia.com
*Attorneys for Plaintiffs*

Janice M. Michaels, Esq.
Christina M. Mamer, Esq.
WOOD, SMITH, HENNING & BERMAN, LLP
7674 West Lake Mead Blvd., Suite 150
Las Vegas, NV 89128
jmichaels@wshblaw.com
CMamer@wshblaw.com
*Attorneys for Defendants*

_____
An employee of WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC

Carol P. Michel, Esq.
Nevada Bar No. 11420
cmichel@wwhgd.com
Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
jalberts@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MCKNIGHT, individually; and ELLA MCKNIGHT, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>NOBU HOSPITALITY GROUP LLC, a Foreign Corporation; DESERT PALACE, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-2643-APG-PAL<br><br>**[PROPOSED] ORDER RE MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST** |

THIS MATTER came before the Court on the Motion to Remove Former Counsel from CM/ECF Service List. Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Carol P. Michel, Esq. (cmichel@wwhgd.com) and Jeremy R. Alberts, Esq. (jalberts@wwhgd.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

DATED: _____