Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
376 E Warm Springs Rd; Suite 120
Las Vegas, Nevada 89119
Tel: (702) 846-1316; Fax: (702) 846-1364
Email: mail@legalangel.com
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
375 E Warm Springs Road, Suite 104
Las Vegas, NV 89119
Tel: (702) 830-7070; Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM McKNIGHT, individually; ELLA McKNIGHT, individuallly, <br><br> Plaintiffs, <br><br> v. <br><br> NOBU HOSPITALITY GROUP LLC, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO. 2:16-cv-2643-APG-PAL <br><br> **Stipulation and Order to Extend Time to Respond to/ Oppose Defendant Desert Palace, Inc's Emergency Motion for Protective Order (ECF 103) (First Request)** |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs' deadline to respond to/ oppose Defendant Desert Palace, Inc.'s Emergency Motion for Protective Order (ECF 103) be extended to **October 22, 2018**.

. . .

. . .

This extension is requested for good cause. Specifically, counsel expect to complete meet and confers needed to discuss the FRCP 30(b)(6) topics for Defendant's corporate designee on or before October 18, 2018. Thus, this extension gives Plaintiffs' counsel four (4) calendar days from that time to draft and file a response thereafter.

DATED this 12th day of October 2018.

By _____
Janice M. Michaels
Nevada Bar No. 6062
Christina M. Mamer
Nevada Bar No. 13181
Marian L. Massey
Nevada Bar No. 14579
WOODS, SMITH, HENNING & BERMAN, LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
Attorneys for Nobu Hospitality Group, LLC and Desert Palace, Inc.

DATED this 11th day of October 2018.

By _____
Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
376 E Warm Springs Rd; Suite 120
Las Vegas, Nevada 89119
Tel: (702) 846-1316; Fax: (702) 846-1364
Email: mail@legalangel.com
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
375 E Warm Springs Road, Suite 104
Las Vegas, NV 89119
Tel: (702) 830-7070; Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

## ORDER

IT IS SO ORDERED. The deadline for Plaintiffs' Response/ Opposition to Defendant Desert Palace, Inc.'s Emergency Motion for Protective Order (ECF 103) shall be extended from October 12, 2018 to **October 22, 2018**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 17, 2018