Janice M. Michaels (State Bar No. 6062)
jmichaels@wshblaw.com
Christina M. Mamer (State Bar No. 13181)
cmamer@wshblaw.com
Marian L, Massey (State Bar No. 14579)
mmassey@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Phone: 702 251 4100 ♦ Fax: 702 251 5405

*Attorneys for Nobu Hospitality Group, LLC
and Desert Palace, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM McKNIGHT, individually; and ELLA McKNIGHT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>NOBU HOSPITALITY GROUP, LLC,, a Foreign Corporation; DESERT PALACE, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02643-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE THE JOINT INTERIM STATUS REPORT**<br><br>Trial Date: None Set |

## STIPULATION TO EXTEND TIME TO FILE THE JOINT STATUS REPORT

IT IS HEREBY STIPULATED by and between Plaintiffs, WILLIAM MCKNIGHT and ELLA MCKNIGHT ("Plaintiffs"), by and through their counsel of record, Yianna C. Reizakis, Esq. and Anthony M. Paglia, Esq., and Defendants, NOBU HOSPITALITY GROUP, LLC ("Nobu") and DESERT PALACE, INC. dba CAESARS PALACE ("Caesars Palace"), by and through their counsel of record, Janice M. Michaels, Esq., Christina M. Mamer, Esq., and Marian L. Massey, Esq. (collectively Plaintiffs and Defendants are hereinafter referred to as the "Parties"), that the due date of the Parties' Joint Interim Status Report presently December 4, 2018, be extended to Friday, December

7, 2018. This extension is requested for good cause.

On November 27, 2018, counsel were given seven (7) calendar days to prepare a (supplemental) Joint Status Report detailing some additional issues in this matter highlighted in the court minutes of November 27, 2018 [ECF #121]. In drafting this report, Plaintiffs determined that their issues required substantial briefing. Plaintiffs' portion of the Joint Status Report is over thirty (30) pages before an additional hundred (100) plus pages of exhibits are added to it. Accordingly, Defendants require 48 hours to provide their respective responsive positions. As such, the undersigned counsel met and conferred and are requesting a brief extension to file the Joint Interim Status Report. This request is made in good faith and not for the purposes of delay.

WHEREFORE, the aforementioned Parties, by and through their respective undersigned counsel of record, hereby agree, subject to the Court's approval, that the date to file the Joint Interim Status Report be extended until Friday, December 7, 2018.

**IT IS SO STIPULATED.**

By _(signature)_
Janice M. Michaels
Nevada Bar No. 6062
Christina M. Mamer
Nevada Bar No. 13181
Marian L. Massey
Nevada Bar No. 14579
WOODS, SMITH, HENNING & BERMAN, LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
*Attorneys for Nobu Hospitality Group, LLC and Desert Palace, Inc.*

By  /s/ Yianna C. Reizakis
Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
376 E Warm Springs Rd; Suite 120
Las Vegas, Nevada 89119
Tel: (702) 846-1316; Fax: (702) 846-1364
Email: mail@legalangel.com
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
375 E Warm Springs Road, Suite 104
Las Vegas, NV 89119
Tel: (702) 830-7070; Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

. . .

. . .

. . .

## ORDER

The Court having reviewed the foregoing Stipulation and Order to Extend Time to File the Joint Interim Status Report, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Interim Status Report shall be filed on or before December 7, 2018.

**IT IS SO ORDERED.**

Dated this 17 day of December, 2018.

_____
UNITED STATES MAGISTRATE