Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
376 E Warm Springs Rd; Ste 120
Las Vegas, Nevada 89119
Tel: (702) 846-1316; Fax: (702) 846-1364
Email: mail@legalangel.com
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
375 E Warm Springs Road, Suite 104
Las Vegas, NV 89119
Tel: (702) 830-7070; Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM McKNIGHT, individually; ELLA McKNIGHT, individuallly,<br><br>Plaintiffs,<br><br>v.<br><br>NOBU HOSPITALITY GROUP LLC, a Foreign Corporation; DESERT PALACE, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-2643-APG-PAL<br><br>**Stipulation and Order to Extend Time to Respond to/ Oppose Defendants' Motion to Increase Security Bond (ECF No. 174) (First Request)** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs' time to respond to/ Oppose Defendants' Motion to Increase Security Bond (ECF No. 174), be extended to **May 28, 2019**. This extension is requested for good cause. Specifically, Plaintiffs' counsel had to undergo an emergency c-section surgery and is currently out of the office on

PL08 11162 – McKnight, McKnight

1

maternity leave to recover from the same. The additional time is requested to allow Plaintiff's counsel to recover and return to her office before having to respond to Defendants' Motion.

| | |
|---|---|
| DATED this 1st day of May, 2019. | DATED this 1st day of May 2019. |
| By _____<br>Janice M. Michaels<br>Nevada Bar No. 6062<br>Marian L. Massey<br>Nevada Bar No. 14579<br>WOODS, SMITH, HENNING & BERMAN, LLP<br>2881 Business Park Court, Suite 200<br>Las Vegas, NV 89128-9020<br>Counsel for Defendants<br>Nobu Hospitality Group, LLC and Desert Palace, Inc. | By _/s/ Yianna C. Reizakis_<br>Yianna C. Reizakis<br>Nevada Bar No. 9896<br>LEGAL ANGEL<br>376 E Warm Springs Rd; Ste 120<br>Las Vegas, Nevada 89119<br>Tel: (702) 846-1316; Fax: (702) 846-1364<br>Email: mail@legalangel.com<br>And<br>Anthony M. Paglia, Esq.<br>Nevada Bar No. 11234<br>ANTHONY PAGLIA INJURY LAWYER<br>375 E Warm Springs Road, Suite 104<br>Las Vegas, NV 89119<br>Tel: (702) 830-7070; Fax: (702) 522-0504<br>Email: apaglia@anthonypaglia.com<br>Counsel for Plaintiffs<br>WILLIAM and ELLA McKNIGHT |

## ORDER

IT IS SO ORDERED.

Plaintiffs' counsel shall have until **May 28, 2019** to response to/oppose Defendants' Motion to Increase Security Bond (ECF No. 174).

_____
Brenda Weksler
United States Magistrate Judge
Dated: May 2, 2019

Submitted by:

By _/s/ Yianna C. Reizakis_
Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
376 E Warm Springs Rd; Ste 120
Las Vegas, Nevada 89119
Tel: (702) 846-1316; Fax: (702) 846-1364
Email: mail@legalangel.com

And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
375 E Warm Springs Road, Suite 104
Las Vegas, NV 89119
Tel: (702) 830-7070; Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of May 2019, I served a true and correct copy of this document in the above-captioned case in the following manner(s):

____X__ by e-service in accordance with the Electronic Filing Procedures of the United States District Court

_____ by U.S. mail, with first-class postage prepaid, addressed as follows:

| | |
|---|---|
| Janice M. Michaels/ Christina M. Mamer<br>WOODS, SMITH, HENNING &<br>BERMAN, LLP<br>2881 Business Park Court, Suite 200<br>Las Vegas, NV 89128-9020<br>Attorneys for Nobu Hospitality Group,<br>LLC and Desert Palace, Inc. | Anthony M. Paglia, Esq.<br>ANTHONY PAGLIA INJURY LAWYER<br>375 E Warm Springs Road, Suite 104<br>Las Vegas, NV 89119<br>*Co-counsel for Plaintiffs*<br>*WILLIAM and ELLA McKNIGHT* |

By  */s/ Yianna C. Reizakis*_____
Employee of LEGAL ANGEL