Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
376 E Warm Springs Rd; Ste 120
Las Vegas, Nevada 89119
Tel: (702) 846-1316; Fax: (702) 846-1364
Email: mail@legalangel.com
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
375 E Warm Springs Road, Suite 104
Las Vegas, NV 89119
Tel: (702) 830-7070; Fax: (702) 522-0504
Email: apaglia@anthonypaglia.com
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM McKNIGHT, individually; ELLA McKNIGHT, individuallly,<br><br>Plaintiffs,<br><br>v.<br><br>NOBU HOSPITALITY GROUP LLC, a Foreign Corporation; DESERT PALACE, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-2643-APG-BNW<br><br>**Stipulation and Order to Extend Time to File a Reply to Defendant's Response to Plaintiff's Motion for Attorneys' Fees and Costs**<br>**(First Request)** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs' time to file a Reply to Defendant's Response to Plaintiff's Motion for Attorneys' Fees and Costs (see ECF No. 196), pursuant to Order (see ECF No. 177, pg. 4, line 18) be extended to July 23, 2019. This extension is requested for good cause. Plaintiff's counsel drafting and filing the Reply has been required to travel out of state to address a personal matter, specifically the declining health of her mother-in-law, and has limited access to her work files while out of town. Thus, she requests the

PL0811162 – McKnight, McKnight

1

additional time so that she can file the Reply upon her return to Las Vegas. Counsel agree to extend the time for filing this Reply and request the court sign the Order below confirming the Court permits the extension.

DATED this 18th day of July, 2019.

By _____
Janice M. Michaels
Nevada Bar No. 6062
Marian L. Massey
Nevada Bar No. 14579
WOODS, SMITH, HENNING & BERMAN, LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
Counsel for Defendants
Nobu Hospitality Group, LLC and Desert Palace, Inc.

DATED this 17th day of July, 2019.

By _/s/ Yianna C. Reizakis_____
Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
376 E Warm Springs Rd; Ste 120
Las Vegas, Nevada 89119
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
375 E Warm Springs Road, Suite 104
Las Vegas, NV 89119
Counsel for Plaintiffs
WILLIAM and ELLA McKNIGHT

**ORDER**

IT IS SO ORDERED.

Plaintiffs' counsel shall have until **July 23, 2019** to file a Reply to Defendant's Response to Plaintiff's Motion for Attorneys' Fees and Costs, pursuant to Order (see ECF No. 177, pg. 4, line 18).

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __July 22, 2019_____

Submitted by:

By _/s/ Yianna C. Reizakis_____
Yianna C. Reizakis
Nevada Bar No. 9896
LEGAL ANGEL
376 E Warm Springs Rd; Ste 120
Las Vegas, Nevada 89119
And
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER

1 | 375 E Warm Springs Road, Suite 104
2 | Las Vegas, NV 89119
  | Counsel for Plaintiffs
3 | WILLIAM and ELLA McKNIGHT

## CERTIFICATE OF SERVICE

I certify that on the 18th day of July 2019, I served a true and correct copy of this document in the above-captioned case in the following manner(s):

    __X__ by e-service in accordance with the Electronic Filing Procedures of the United States District Court

    _____ by U.S. mail, with first-class postage prepaid, addressed as follows:

| | |
|---|---|
| Janice M. Michaels/ Christina M. Mamer<br>WOODS, SMITH, HENNING &<br>BERMAN, LLP<br>2881 Business Park Court, Suite 200<br>Las Vegas, NV 89128-9020<br>Attorneys for Nobu Hospitality Group,<br>LLC and Desert Palace, Inc. | Anthony M. Paglia, Esq.<br>ANTHONY PAGLIA INJURY LAWYER<br>375 E Warm Springs Road, Suite 104<br>Las Vegas, NV 89119<br>*Co-counsel for Plaintiffs*<br>*WILLIAM and ELLA McKNIGHT* |

By __/s/ Yianna C. Reizakis__
      Employee of LEGAL ANGEL