Phillip V. Tiberi
State Bar No. 6146
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
ptiberi@wshblaw.com

*Attorneys for Nobu Hospitality Group, LLC and Desert Palace, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM McKNIGHT, individually; and ELLA McKNIGHT, individually, <br><br> Plaintiffs, <br><br> v. <br><br> NOBU HOSPITALITY GROUP, LLC,, a Foreign Corporation; DESERT PALACE, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:16-cv-02643-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO AND REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (FIRST REQUEST)** <br><br> Trial Date:           None Set |

IT IS HEREBY STIPULATED by and between Plaintiffs, WILLIAM MCKNIGHT and ELLA MCKNIGHT ("Plaintiffs"), by and through their counsel of record, Yianna C. Albertson-Reizakis, Esq. and Anthony M. Paglia, Esq., and Defendants, NOBU HOSPITALITY GROUP, LLC ("Nobu") and DESERT PALACE, INC. dba CAESARS PALACE ("Caesars Palace"), by and through their counsel of record, Phillip V. Tiberi, Esq. (collectively Plaintiffs and Defendants are hereinafter referred to as the "Parties"), that the deadlines to file Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment and Defendants' Replies in support of their Motions for Summary Judgment be extended. Defendants' Motions for Summary Judgment (ECF Nos. 233-236) were filed on November 6, 2020. This is the first request for extension of time to file the

1  Oppositions to and Replies in support of Defendants' Motions for Summary Judgment.

2      This extension is requested for good cause. The undersigned counsel met and conferred and
3  are requesting a brief extension of time to file the Oppositions to and Replies in support of
4  Defendants' Motions for Summary Judgment to allow counsel adequate time to respond considering
5  the upcoming holidays.

6      WHEREFORE, the aforementioned Parties, by and through their respective undersigned
7  counsel of record, hereby agree, subject to the Court's approval, that the deadline to file the Plaintiffs'
8  Oppositions to Defendants' Motions for Summary Judgment be extended to Monday, November 30,
9  2020, and the deadline to file Defendants' Replies in support of their Motions for Summary
10 Judgment be extended to Friday, December 11 , 2020.

11 **IT IS SO STIPULATED.**

13 By  /s/ Phillip V. Tiberi       By  /s/ Yianna Albertson-Reizakis
PHILLIP V. TIBERI       YIANNA C. ALBERTSON-REIZAKIS
14 Nevada Bar No. 6146       Nevada Bar No. 9896
2881 Business Park Court, Ste. 200       LEGAL ANGEL
15 Las Vegas, NV 89128-9020       376 E Warm Springs Rd; Suite 120
*Attorneys for Nobu Hospitality Group,*       Las Vegas, Nevada 89119
16 *LLC and Desert Palace, Inc.*

And

ANTHONY M. PAGLIA
18 Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER
19 1397 Galleria Dr., Unit 202
Henderson, NV 89014
20 *Counsel for Plaintiffs*
*William McKnight and Ella McKnight*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: November 17, 2020

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405