AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM MCKNIGHT and ELLA MCKNIGHT,

        Plaintiffs,

v.

NOBU HOSPITALITY GROUP LLC and DESERT PALACE, INC.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:16-cv-02643-APG-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case.

 

8/17/21  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk