Phillip V. Tiberi
State Bar No. 6146
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
ptiberi@wshblaw.com

*Attorneys for Nobu Hospitality Group, LLC and Desert Palace, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM McKNIGHT, individually; and ELLA McKNIGHT, individually, <br><br> Plaintiffs, <br><br> v. <br><br> NOBU HOSPITALITY GROUP, LLC,, a Foreign Corporation; DESERT PALACE, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:16-cv-02643-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEYS FEES AND COSTS AND OBJECTION TO BILL OF COSTS (FIRST REQUEST)** <br><br> Trial Date:         None Set |

IT IS HEREBY STIPULATED by and between Plaintiffs, WILLIAM MCKNIGHT and ELLA MCKNIGHT ("Plaintiffs"), Self-Represented Litigants, and Defendants, NOBU HOSPITALITY GROUP, LLC ("Nobu") and DESERT PALACE, INC. dba CAESARS PALACE ("Caesars Palace"), by and through their counsel of record, Phillip V. Tiberi, Esq. (collectively Plaintiffs and Defendants are hereinafter referred to as the "Parties"), that the deadlines to file an Opposition or Reply to Defendants' Motion for Attorneys Fees and Costs be extended until October 14, 2021.

/ / /

/ / /

/ / /

22246594.1:10901-0021                                    Case No. 2:16-cv-02643-APG-BNW

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEYS FEES AND COSTS AND OBJECTION TO BILL OF COSTS

This extension is requested for good cause. The undersigned counsel met and conferred and are requesting an extension of time to October 14, 2021.

WHEREFORE, the aforementioned Parties, hereby agree, subject to the Court's approval, that the deadline to file the Plaintiffs' Opposition or Reply to Defendants' Motion for Attorneys Fees and Costs be extended to October 14, 2021.

**IT IS SO STIPULATED.**

By  */s/ Phillip V. Tiberi*
PHILLIP V. TIBERI
Nevada Bar No. 6146
2881 Business Park Court, Ste. 200
Las Vegas, NV 89128-9020
*Attorneys for Nobu Hospitality Group, LLC and Desert Palace, Inc.*

By  */s/ Ella McKnight*
WILLIAM MCKNIGHT
ELLA MCKNIGHT
407 Shadowood Court
Radcliff, KY 40160
*Self-Represented Litigants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: September 15, 2021